UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE E. ROBERTSON** | **CIVIL ACTION NO. 3:14-CV-00806-JWD-SCR** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **THE HOME DEPOT, INC.** | **MAGISTRATE JUDGE STEPHEN C. RIEDLINGER** |

### HOME DEPOT'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes The Home Depot U.S.A., Inc. (incorrectly named "The Home Depot, Inc." in the Complaint), which pursuant to Federal Rule of Civil Procedure 56, moves the Court for summary judgment on all of Plaintiff's claims. Specifically, Home Depot, for the reasons fully explained in the attached Memorandum in Support, requests summary judgment on Plaintiff's claims of race and gender discrimination in violation of Title VII of the Civil Rights Act of 1964, age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"), retaliation in violation of Title VII and the ADEA, retaliation for taking leave under the Family Medical Leave Act, race discrimination in violation of 42 U.S.C. § 1981 and state law claims under Louisiana Civil Code articles 2315 and 2320.

      Respectfully submitted,

      */s/ David K. Theard*
      JENNIFER F. KOGOS (LA #25668)
      DAVID K. THEARD (LA #31987)
      Jones Walker LLP
      201 St. Charles Ave., 47th Floor
      New Orleans, Louisiana  70170-5100
      Telephone: (504) 582-8154
      Facsimile: (504) 589-8154

      *Counsel for Defendant,*
      *Home Depot U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 15th day of March 2016, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

      */s/ David K. Theard*
      DAVID K. THEARD

{N3190500.1}

2